**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Timothy Lamar Cromer, Appellant.

Appellate Case No. 2014-000050

―――――――――――――

Appeal From Newberry County
Eugene C. Griffith, Jr., Circuit Court Judge

―――――――――――――

Unpublished Opinion No. 2015-UP-237
Submitted February 1, 2015 – Filed May 6, 2015

―――――――――――――

**APPEAL DISMISSED**

―――――――――――――

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Timothy Cromer, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

―――――――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.